FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 13 2026

BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:26CR48 |
| | § | Judge: Crone/Stetson |
| TEVIN TREVAUYON SELLS | § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

Violation: 18 U.S.C. § 922(n)
(Illegal Receipt of a Firearm while under Indictment)

On or about January 28, 2026, in the Eastern District of Texas, the defendant, **Tevin Trevauyon Sells**, knowing that he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, did willfully receive a firearm, that is, a: Ruger, Model: RXM, 9mm pistol, bearing serial number 094-26359, said firearm having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## Firearms Forfeiture Allegation

(18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

2461(c).

2. Upon conviction of the offense in violation of Title 18 U.S.C. Section 922(n) set forth in Count One of this Indictment, the defendant, **Tevin Trevauyon Sells,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense including, but not limited to:

a. One a: Ruger, Model: RXM, 9mm pistol, bearing serial number 094-26359;

b. any associated ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §2461(c).

A TRUE BILL

GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

RUSSELL E. JAMES
Assistant United States Attorney

5/13/26
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 1:26CR |
| | § | |
| TEVIN TREVAUYON SELLS | § | |

**NOTICE OF PENALTY**

**Count One**

| | |
|---|---|
| Violation: | 18 U.S.C. § 922(n) |
| Penalty: | Imprisonment of not more than fifteen (15) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years. |
| Special Assessment: | $ 100.00 |